JS-6

Ashley B. Beagle (State Bar No. 279710)
abeagle@wshblaw.com
**WOOD, SMITH, HENNING & BERMAN LLP**
21804 Cactus Avenue, Suite 200
Riverside, California 92518-3010
Phone: 951 779 5000 ♦ Fax: 951 755 1650

Attorneys for Plaintiff, STARR UNDERWRITING AGENCY, INC. f/k/a STARR AVIATION AGENCY, INC. as servicer for PACIFIC INDEMNITY COMPANY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| STARR UNDERWRITING AGENCY, INC. f/k/a STARR AVIATION AGENCY, INC. as servicer for PACIFIC INDEMNITY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>S A S SERVICES, GROUP, INC.,<br><br>Defendant. | Case No. 2:21-cv-02622-CAS-JPRx<br><br>**JUDGMENT BY COURT**<br><br>(Motion for Default Judgment by Court; Declaration of Clemente filed Concurrently Herewith)<br><br>Judge:   Hon. Christina A. Snyder<br><br>Date:   September 20, 2021<br>Time:   10:00 a.m.<br>Place:  1st Street - 8D<br><br>Trial Date:   None Set |

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

A judgment in the amount of $349,132.00 plus $465.67 in costs plus $27,547.95 in prejudgment interest, along with an additional $95.65 per day until default judgment is entered and post-judgment interest, is hereby entered against S A S Services Group, Inc. and in favor of Starr Underwriting Agency, Inc. f/k/a Starr Aviation Agency, Inc. as servicer for Pacific Indemnity Company.

IT IS SO ORDERED.

Dated: September 20, 2021

By: *Christina A. Snyder*
Hon. Christina A. Snyder
United States District Judge